# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00728-CV

**Lynn Allen Nobles, Appellant**

**v.**

**Security State Bank and Trust, Appellee**

### FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT
### NO. 12,192-A, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING

The parties have filed a joint motion informing this Court that they have agreed to dismiss the appeal and requesting that this Court enter an order dismissing the appeal. The joint motion to dismiss the appeal is granted.

Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed On Joint Motion

Filed:   May 2, 2002

Do Not Publish